IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY MONEY | : |
| | : |
| v. | CIVIL ACTION NO. 02-3762 |
| | : |
| WILLIAM WARD, ET AL. | |
| | : |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this           day of           ,          , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable THOMAS J. RUETER, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
JOHN P. FULLAM, J.

civrr