IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY MONEY | : | CIVIL ACTION |
| v. | : | |
| WILLIAM WARD, et al. | : | NO. 02-3762 |

## O R D E R

AND NOW, this 16th day of July, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus in which petitioner challenges certain decisions of the Pennsylvania Board of Probation and Parole, it is

**ORDERED**

1. The Attorney General of Pennsylvania shall file a specific and detailed answer and memorandum of law to the petition within 20 days from the date of this order pursuant to Rule 5, 28 U.S.C. §2254.

2. The Clerk of the Court shall serve a copy of this order and the attached petition and memorandum of law on John O. J. Shellenberger, Chief, Eastern Regional Office, Office of Attorney General, 21 South 12th Street, Third Floor, Philadelphia, Pennsylvania, 19107.

BY THE COURT

_____
THOMAS J. RUETER
United States Magistrate Judge