IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Stanley Money

                                         02-CV-3762
                                         District Court Docket Number

           vs.

William Ward, et al

Notice of Appeal Filed <u>2/14/03</u>
Court Reporter(s)/ESR Operator(s)

Filing Fee:
        Notice of Appeal __Paid <u> XX </u> Not Paid   __Seaman
        Docket Fee      __Paid <u> XX </u> Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
<u> X </u> Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

_____

_____

_____

Prepared by :_____
_____<u>Fernando Benitez, Jr.</u>
                         Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm